IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | |
| | * | |
| Plaintiff, | * | |
| | * | Cr. No. <u>04-20323-M1</u> |
| vs. | * | |
| | * | |
| NANCY WILLIAMS, | * | |
| | * | |
| Defendant. | * | |

## ORDER DISMISSING INDICTMENT

Upon motion of the United States, it is hereby **ORDERED** that the indictment in Criminal Case No. 04-20323 is dismissed.

**ENTERED** this <u>26</u> day of April, 2005.

JON P. MCCALLA
U.S. District Court Judge

Approved:

V. Rae Oliver
Assistant United States Attorney

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 4-29-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 43 in case 2:04-CR-20323 was distributed by fax, mail, or direct printing on April 29, 2005 to the parties listed.

---

Lee Howard Gerald
LAW OFFICE OF LEE GERALD
8 S. Third St.
Fourth Floor
Memphis, TN 38103

Valeria Rae Oliver
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Jon McCalla
US DISTRICT COURT